1  Patrick Michael (State Bar No. 169745)
   pmichael@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104-1500
   Telephone:  415.626.3939
4  Facsimile:  415.875.5700

5  John G. Froemming
   jfroemming@jonesday.com
6  JONES DAY
   51 Louisiana Avenue, NW
7  Washington, DC 20001-2113
   Telephone:  202.879.3939
8  Facsimile:  202.626.1700

9  Attorneys for Plaintiffs
   BMW OF NORTH AMERICA, LLC and
10 BAYERISCHE MOTOREN WERKE AG

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15

16 BMW OF NORTH AMERICA, LLC and          Case No. 4:16-cv-4134
   BAYERISCHE MOTOREN WERKE AG,
17                                        **COMPLAINT FOR**
            Plaintiffs,                   **TRADEMARK INFRINGEMENT**
18                                        **AND UNFAIR COMPETITION;**
        v.                                **WITH DEMAND FOR JURY**
19                                        **TRIAL**
   CHRISTOPHER O. BOEHLER, d/b/a GERMAN
20 AUTO SERVICE,

21          Defendant.

22

23       Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG

24 (collectively, "BMW" or "Plaintiffs") seek injunctive and monetary relief from Defendant

25 Christopher O. Boehler, d/b/a German Auto Service (hereinafter, "Defendant"), for trademark

26 infringement and unfair competition with regard to Plaintiffs' famous Roundel and MINI Wings

27 logos, pictured below:

28

 

As alleged more fully below, Defendant has violated, and continues to violate, the Trademark Act of 1946 as amended, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act"), and California law through his unauthorized use of Plaintiffs' Roundel and MINI Wings logos in connection with his competing automotive business.

**Parties**

1.  Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.  BMW NA is a wholly-owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly-owned subsidiary of Bayerische Motoren Werke AG ("BMW AG").  BMW NA is responsible for the wholesale distribution of BMW and MINI vehicles throughout the United States.

2.  Plaintiff BMW AG is a corporation organized under the laws of the Federal Republic of Germany with its principal place of business at Petuelring 130, 80809 Munich, Germany.  BMW AG designs and manufactures motor vehicles, parts, and other products for sale in Europe and for export and sale throughout the world.

3.  Defendant Christopher O. Boehler is the owner of German Auto Service, located at 1719 Park Street, Alameda, California 94501.  Defendant services and repairs automobiles, including BMW and MINI vehicles, in competition with BMW and its authorized dealers.

**Jurisdiction and Venue**

4.  This Court has personal jurisdiction over Defendant because Defendant resides in and/or conducts business in the State of California.

1        5.      This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BMW's claims under California law.

         6.      Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendant resides in and/or has his principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claim occurred and is occurring in this District.

## BMW's Famous Trademarks

         7.      BMW is in the business of designing, manufacturing, distributing, and servicing motor vehicles and a variety of other products under various trademarks, including its Roundel logo and MINI Wings logo (shown above).

         8.      BMW NA, through itself and predecessors-in-interest, has been the exclusive licensee and authorized user of the Roundel logo in the United States continuously since at least as early as 1949 in connection with the sale and service of motor vehicles.

         9.      BMW has used its MINI Wings logo in commerce in the United States continuously since at least as early as 2002 in connection with the design, manufacture and distribution of motor vehicles, repair and maintenance services for motor vehicles, and motor vehicle dealership services.

         10.     Since long prior to the acts of Defendant complained of herein, BMW has used its Roundel logo and MINI Wings logo in connection with its business of designing, manufacturing, distributing, and servicing motor vehicles and a variety of other products in the State of California.

         11.     BMW AG is the owner of the following U.S. Registrations for the Roundel logo and MINI Wings logo:

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| | 613,465 | October 4, 1955 | Automobiles, motorcycles and parts thereof |
| | 1,170,556 | September 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
| | 1,450,212 | August 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, wheel rims, and watches, clocks and various other goods and services |
| | 2,752,258 | August 19, 2003 | Cleaning preparations for use in the automotive field, engine oil and various other goods |
| | 3,418,573 | April 29, 2008 | Leasing and financing services for motor vehicles; online credit applications and online banking; loan services |

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| | 4,293,991 | February 26, 2013 | Automobiles, motorcycles and sports utility vehicles and their parts |
| | 4,366,456 | July 16, 2013 | Non-medicated toiletries and perfume; metal money boxes; cutlery; mobile phones; interactive game programs; computer bags; table mats, school supply kits, wrapping paper, greeting cards, notebooks, calendars, and diaries; handbags, trunks and suitcases; belt buckles and hair accessories; fruit and vegetable extracts; coffee, tea and snack foods; beverages |
| | 4,408,161 | September 24, 2013 | Car rental |
| | 4,839,001 | October 27, 2015 | Repair and maintenance of vehicles |
| | 2,757,755 | September 2, 2003 | Land vehicles, namely, automobiles; engines for land vehicles; structural parts for land vehicles; collectors' scale model vehicles; toy model vehicles sold complete or as a unit in kit form; board games; driving games, namely, electronic, battery-operated |

5

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| MINI (logo) | 2,812,820 | February 10, 2004 | Automobiles and structural parts therefor; motor oil; metal key chains; clocks, pins, jewelry, pens, backpacks, tote bags, mugs, and mats; stuffed toys; toy vehicles, miniature vehicles and remote control toy vehicles |
| MINI (logo) | 2,825,969 | March 23, 2004 | Windshield cleaning fluids; automobile cleaning kits, comprising automobile cleaners, automobile wax, buckets, wheel cleaners, brushes, and cloths |
| MINI (logo) | 2,855,714 | June 22, 2004 | Clothing, namely shirts, sweatshirts, jackets, gloves, and headwear |
| MINI (logo) | 2,907,546 | December 7, 2004 | Gloves; head wear, jackets; and shirts |
| MINI (logo) | 3,356,834 | December 18, 2007 | Organizing and conducting volunteer programs and community service projects |
| MINI (logo) | 3,445,523 | June 10, 2008 | Retail and wholesale financing services for motor vehicles; financing services, namely financing the purchasing and leasing of motor vehicles; credit card services; providing credit card, loan and lease account information online; arranging of loans; lease purchase loans; providing loans; secured and unsecured commercial financing; insurance administration in the field of motor vehicle, homeowners and floorplan insurances |

| **Mark** | **Reg. No.** | **Reg. Date** | **Services/Goods** |
|---|---|---|---|
| (MINI logo) | 3,462,517 | July 8, 2008 | Land vehicles and parts thereof; paper; cases and bags for packaging; brochures, booklets, newsletters, printed instructional and teaching materials; bags and bubble packs; books and magazines; wallets, purses, backpacks; repair and maintenance of motor vehicles; cleaning of motor vehicle; vehicle towing; automobile races; automobile owner and enthusiast clubs; driver safety training services; vehicle driving instruction |
| (MINI logo) | 4,159,774 | June 19, 2012 | Perfumes and toilet waters, soaps for body care, body creams, face creams, shampoo and hair conditioner; electric toasters, electric kettles, electric coffee machines; bed sheets, fitted bed sheet covers, bed flat sheets, and pillow cases used in the bedding, towels made of textile materials |

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| MINI (logo) | 4,352,147 | June 18, 2013 | Non-medicated toiletries and perfume; metal money boxes; cutlery; mobile phones, cases for mobile phones, reading glasses, sunglasses and spectacles, interactive game programs; computer bags; electric toaster, electric kettles; jewelry; table mats, school supply kits; calendars and diaries, publications; handbags, leather bags; furniture; crockery; hand towels, face towels, bath towels, beach towels, bed sheets; clothing, namely, shirts, suits, tops, pants, dresses, skirts, jackets, coats, socks, stockings, tights, shoes, gloves, hats, belts, scarves, nightwear, underwear, cravats, beachwear, leggings, knitwear; belt buckles of precious metal, hair accessories; carpets and rugs; toys; prepared meals and food; coffee and tea, cereal based snack food, chewing gums, chocolate and chocolates, candies; soft drinks, water beverages, fruit juice |

12. These registrations were duly and legally issued, and are valid and subsisting. Registrations 613,465; 1,170,556; 1,450,212; 2,752,258; 3,418,573; 2,757,755; 2,812,820; 2,825,969; 2,855,714; 2,907,546; 3,356,834; 3,445,523; and 3,462,517 are incontestable pursuant to 15 U.S.C. § 1065.

13. BMW AG has licensed the Roundel logo and MINI Wings logo to BMW NA for use in connection with the distribution, sale, service, and repair of the aforementioned products in the United States.

14. BMW NA distributes BMW and MINI vehicles and provides maintenance services for its customers through nationwide networks of authorized dealers and service providers. BMW NA authorizes BMW dealerships to use the Roundel logo in connection with the sale

and/or service of BMW products and MINI dealerships to use the MINI Wings logo in connection with the sale and/or service of MINI products.

15.   To create and maintain goodwill among its customers, BMW NA has taken substantial steps to assure that all authorized BMW and MINI dealers and service providers using BMW's Roundel logo and MINI Wings logo are of the highest quality.

16.   BMW has expended millions of dollars in advertising efforts across the country in connection with its Roundel logo and MINI Wings logo and its authorized dealers. As a result of its long use and promotion of these marks, BMW has established its Roundel logo and MINI Wings logo as famous and distinctive marks among members of the American public.

### Defendant's Wrongful Activities

17.   Defendant is displaying BMW's Roundel logo on his trucks and at his business premises, and is displaying BMW's Roundel and MINI Wings logos on his website at www.germanautoservices.net.  (*See* Exhibit A.)

18.   BMW has sent Defendant two letters requesting that he cease and desist his unauthorized use of BMW trademarks and logos.

19.   As of the filing of this Complaint, however, Defendant is still displaying BMW's Roundel logo and MINI Wings logo in connection with his business.

20.   Defendant has never provided services for BMW or any of its subsidiaries, affiliates or authorized agents.

21.   Defendant is not affiliated with or sponsored by BMW and has never been authorized by BMW or any of its subsidiaries, affiliates or authorized agents to use BMW's Roundel logo or MINI Wings logo in any form.

22.   Defendant's unauthorized use of BMW's Roundel logo and MINI Wings logo is intended to divert to Defendant persons who are interested in the products and services of BMW and to trade off the goodwill of BMW's marks.

23.   Defendant's unauthorized use of BMW's Roundel logo and MINI Wings logo in the manner described above:

      (a)    is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties as to the origin, sponsorship, or approval of Defendant's products and services, or as to some affiliation, connection, or association of Defendant with BMW;

      (b)    enables Defendant to trade off and receive the benefit of goodwill BMW built up at great labor and expense over many years, and to gain acceptance for Defendant's products and services not solely on their own merits, but on the reputation and goodwill of BMW, its Roundel logo and MINI Wings logo, and its products and services;

      (c)    unjustly enriches Defendant; and

      (d)    unlawfully removes from BMW the ability to control the nature and quality of products and services provided under its Roundel logo and MINI Wings logo and places the goodwill and valuable reputation of BMW in the hands of Defendant, over whom BMW has no control.

24. BMW has been damaged and continues to be damaged by Defendant's unauthorized use of Plaintiffs' Roundel logo and MINI Wings logo in the manner described above.

25. Unless these acts of Defendant are restrained by this Court, Defendant will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

**Count I**
**Federal Trademark Infringement**
**(Lanham Act § 32, 15 U.S.C. § 1114(1))**

26. BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 25 herein.

27. Defendant's unauthorized use of BMW's Roundel logo and MINI Wings logo in connection with identical goods and services is likely to cause confusion, to cause mistake or to deceive as to the source or sponsorship of Defendant's goods and services.

28. The acts of Defendant complained of herein constitute use in commerce of reproductions, copies, or colorable imitations of BMW's federally registered marks in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

29. Defendant's acts complained of herein have been deliberate, willful, intentional, and in bad faith, with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade off BMW's vast goodwill in its marks.

30. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant is enjoined, BMW will continue to suffer injury and damage.

## Count II
### Federal Unfair Competition and False Designation of Origin
### (Lanham Act §43(a), 15 U.S.C. § 1125(a))

31. BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 30 herein.

32. Defendant's unauthorized use of BMW's Roundel logo and MINI Wings logo falsely indicates that Defendant and his goods and services are connected with, sponsored by, affiliated with, or related to BMW.

33. Defendant's unauthorized use of BMW's Roundel logo and MINI Wings logo has caused, and is likely to continue to cause, confusion, mistake, or deception as to the source or sponsorship of Defendant's goods and services.

34. Defendant's unauthorized use of BMW's marks in connection with his goods and services allows Defendant to receive the benefit of BMW's goodwill, which BMW has established at great labor and expense, and further allows Defendant to expand his business and sales, based not on his own qualities, but on the reputation and goodwill of BMW.

35. Defendant's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade off BMW's vast goodwill in its marks.

36. The acts of Defendant complained of herein constitute unfair competition and trademark infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

37. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant is enjoined, BMW will continue to suffer injury and damage.

**Count III**
**Unfair Competition**
**(Cal. Bus. & Prof. Code § 17200 *et seq.*)**

38. BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 37 herein.

39. The acts of Defendant complained of herein constitute unfair competition in violation of the Cal. Bus. & Prof. Code §§ 17200 *et seq.*, as they are likely to deceive and mislead the public.

40. As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant is enjoined, BMW will continue to suffer injury and damage.

**Count IV**
**Trademark Infringement and Unfair Competition**
**(Common Law of California)**

41. BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 40 herein.

42. The acts of Defendant complained of herein constitute trademark infringement and unfair competition in violation of the common law of California.

43. Defendant's unauthorized use of BMW's marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective products.

44. Defendant's unauthorized use of BMW's marks as described above has impaired, is impairing and, unless enjoined by this Court, will continue to impair BMW's reputation under

its trademarks and has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to BMW for which BMW is entitled to relief under the common law.

45. As a result of the foregoing alleged actions of Defendant, BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant is enjoined, BMW will continue to suffer injury and damage.

**Prayer For Relief**

WHEREFORE, BMW prays that:

1. Judgment be entered for BMW on its claims.

2. Defendant, his agents, distributors, suppliers, business partners, related companies, servants, employees, attorneys, successors, assigns, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

   (a) using BMW's Roundel logo and MINI Wings logo, or any colorable imitations thereof, either alone or part of any websites, banners, signs, flags, interior and exterior walls, mats, rugs, floor coverings, commercial vehicles, window etchings, commercial videos, photographs, telephone directory or other internet or print advertisements, marketing and promotional materials, stationery, and business cards, or otherwise in connection with his business;

   (b) making trademark use of any other BMW marks or logos, or any colorable imitations thereof; and

   (c) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant, or his products or services, come from, or are connected with, sponsored by, or approved by, BMW.

3. An accounting be directed to determine Defendant's profits resulting from his activities and that such profits be paid over to BMW and increased as the Court finds to be just under the circumstances of this case.

4. Defendant be required to pay over to BMW:

1         (a)    in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. §1117(a), an award of treble Plaintiffs' actual damages and Defendant's profits, together with profits resulting from sales by Defendant relating to his aforesaid trademark infringement and unfair competition; and

        (b)    BMW's reasonable attorneys' fees and costs of this action.

5. Defendant, in accordance with Section 36 of the Lanham Act, 15 U.S.C. § 1118, be required to deliver up to BMW for destruction all business cards, banners, labels, signs, flags, photographs, prints, packages, bottles, receptacles, containers, papers, advertisements and other promotional materials in Defendant's possession or control bearing any use of BMW's Roundel logo or MINI Wings logo, or colorable imitations thereof.

6. Defendant, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon BMW, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction.

7. BMW recover such other relief as the Court may deem appropriate.

## Demand For Jury Trial

Plaintiffs demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 1 | Dated: July 22, 2016 | JONES DAY |
| 2 | | By: /s/ Patrick Michael |
| 3 | | Patrick Michael |
| 4 | | Patrick Michael (State Bar No. 169745)<br>pmichael@jonesday.com |
| 5 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104-1500 |
| 6 | | Telephone:   415.626.3939<br>Facsimile:   415.875.5700 |
| 7 | | John G. Froemming |
| 8 | | jfroemming@jonesday.com<br>51 Louisiana Avenue, NW |
| 9 | | Washington, DC 20001-2113<br>Telephone:   202.879.3939 |
| 10 | | Facsimile:   202.626.1700 |
| 11 | | Attorneys for Plaintiffs<br>BMW OF NORTH AMERICA, LLC and |
| 12 | | BAYERISCHE MOTOREN WERKE AG |

15